## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Winifred J. Daugherty, et al. ) | |
| ) | Case No: 17 C 3736 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| The University of Chicago ) | |

## ORDER

Enter Memorandum Opinion and Order. Defendant's motion to dismiss Plaintiff's complaint and to strike jury demand [19] is granted in part and denied in part. Counts I, II, and III are dismissed without prejudice as to all claims related to the CRP plan and are dismissed with prejudice as to all claims for breach of the duty of loyalty related to the ERIP plan. Counts IV and V are dismissed without prejudice. Defendant's motion is denied in all other respects. Any amended complaint is due by October 27, 2017. The Court will hold a status hearing in open court on November 7, 2017 at 9:45 a.m.


Dated: September 22, 2017               /s/ Chief Judge Ruben Castillo