# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Winifred J. Daugherty, et al.

                          Plaintiff,

v.                                              Case No.: 1:17–cv–03736
                                                Honorable Ruben Castillo

The University of Chicago

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 23, 2018:


        MINUTE entry before the Honorable Ruben Castillo: Status hearing and motion hearing held on 5/23/2018. Plaintiffs' unopposed motion for preliminary approval and related relief [57] is granted. The Court hereby preliminarily approves the class action settlement. Fairness hearing set for 9/12/2018 at 1:00 p.m. Given the Court's preliminary approval of the class action settlement, this lawsuit is hereby dismissed without prejudice with full leave to reinstate if this Court does not grant final approval on 9/12/2018.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.