UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WINIFRED J. DAUGHERTY et al., | Case No. 1:17-cv-03736 |
| Plaintiffs, | |
| | Hon. Judge Ruben Castillo |
| v. | |
| THE UNIVERSITY OF CHICAGO, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs Winifred Daugherty, Walter James, and Gloria Jackson ("Plaintiffs"), individually and on behalf of all others similarly situated, move pursuant to Local Rule 7.1 for leave to file their memorandum of law in support of their motion for final approval of class action settlement, plan of allocation, case contribution awards, and attorneys' fees and costs, in excess of 15 pages, and state as follows:

1. On May 18, 2017, Plaintiffs filed their class action complaint under 29 U.S.C. §1132(a)(2) and (3) against Defendant, The University of Chicago, for breach of fiduciary duties under the Employee Retirement Income Security Act, 29 U.S.C. §§1001–1461 ("ERISA"). After significant motion practice and substantial negotiations, the parties agreed to settle the action.

2. On May 23, 2018, this Court granted Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement, and set a schedule providing for the filing of the instant Motion for Final Approval of the Settlement, Approval of the Plan of Allocation, and Approval of Case Contribution Awards to Plaintiffs and an Award of Attorneys' Fees and Costs (the "Final Approval Motion") on August 15, 2018.

3. The memorandum of law in support of the Final Approval Motion discusses several complex issues, including, among other things, the material terms of the settlement agreement, the notice provided to the class members and the response received to date, the plan of allocation, the appointment of class counsel, and the approval of case contribution awards, attorneys' fees, and costs.

4. Plaintiffs have condensed their brief, but nevertheless are unable to adequately address the complex issues within the limit set forth in Local Rule 7.1. As such, Plaintiffs respectfully request a total of **15 additional pages** to adequately prepare their memorandum in support of the Final Approval Motion.

5. Counsel for Plaintiffs has communicated with counsel for Defendant and Defendant does not oppose Plaintiffs' request for 15 additional pages.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave for Plaintiffs to file a memorandum in support of their Final Approval Motion in excess of the number of pages permitted under Local Rule 7.1.

Dated: August 15, 2018

Respectfully submitted,

/s/ Mark R. Miller_____
Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com
mrm@wexlerwallace.com

Todd S. Collins
Eric Lechtzin
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
tcollins@bm.net
elechtzin@bm.net
enoteware@bm.net

John J. Nestico
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
mmckay@schneiderwallace.com
jnestico@schneiderwallace.com

Todd Schneider*
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois, Eastern Division, using the CM ECF electronic case filing system. The electronical case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

*/s/ Mark R. Miller*
Mark R. Miller
