# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WINIFRED J. DAUGHERTY, *et al.*, on behalf of themselves and a class,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF CHICAGO,<br><br>Defendant. | Civil Action No. 17-cv-03736<br><br>Hon. Ruben Castillo |

### PLAINTIFFS' MOTION FOR AN ORDER: FINALLY APPROVING CLASS ACTION SETTLEMENT; APPROVING THE PLAN OF ALLOCATION; APPROVING CASE CONTRIBUTION AWARDS TO PLAINTIFFS, AND AWARDING ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiffs Winifred J. Daugherty, Gloria Jackson and Walter R. James ("Plaintiffs"), by and through undersigned counsel, individually and on behalf of themselves and the Class, respectfully file this Motion for Final Approval of the Settlement, Approval of the Plan of Allocation, Approval of Case Contribution Awards to Plaintiffs, and an Award of Attorneys' Fees and Costs. This Motion is based on the accompanying Memorandum of Law, the Declaration of Eric Lechtzin, the Declaration of Todd M. Schneider, the Declaration of Mark R. Miller, the Declaration of Ronald A. Bertino, the Supplemental Declaration of Ronald A. Bertino, and all other records, pleadings and papers on file in this action. A proposed form of Order is attached.

**DATED:** August 15, 2018

*s/Mark R. Miller*
Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com
mrm@wexlerwallace.com

Todd S. Collins
Eric Lechtzin
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
tcollins@bm.net
elechtzin@bm.net
enoteware@bm.net

John J. Nestico*
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd Schneider*
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system this 15th day of August, 2018.

s/Mark R. Miller
Mark R. Miller
